**Motion Granted; Order filed December 4, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00244-CR**

_____

**MARQUIS DIAMOND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371877**

## ORDER

Appellant filed a motion to abate this appeal and direct the trial court to sign and file findings of fact and conclusions of law on the voluntariness of appellant's statement. Article 38.22, section 6 of the Texas Code of Criminal Procedure requires the trial court to make written fact findings and conclusions of law as to whether a challenged statement was made voluntarily, even if appellant did not request them or object to their absence. Tex. Code Crim. Proc. art. 38.22 § 6; *Urias v. State*, 155 S.W.3d 141, 142 (Tex. Crim. App. 2004). The statute is mandatory

and the proper procedure to correct the error is to abate the appeal and direct the trial court to make the required findings and conclusions. *See* Tex. R. App. P. 44.4; *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987). Accordingly, we grant the motion and issue the following order:

The trial court is directed to reduce to writing its findings of fact and conclusions of law on the voluntariness of appellant's statement and have a supplemental clerk's record containing those findings and conclusions filed with the clerk of this court on or before **January 5, 2015.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court also will consider an appropriate motion to reinstate the appeal filed by either party. Appellant's brief shall be due 30 days after the appeal is reinstated.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.